Friday
7-3-15

67,483-12

Dear, Clerk Abel Acosta

I'm contacting you because someone filed an 11,07 in my behalf without my permission or consent. On May 26 2015 you received a writ of 1107 Tr. Ct. No. W92-45734-S(B) WR-67,483-12 , it was dismissed June 24 2015. Could you please sned me a copy of that writ so I can find out who filed it and what errors they used, because unable to proceed without that information.

Thank you for your time and effort in this matter.

Sincerely,

Gus Mays Jr.
#654840
3060 FM 3514
Beaumont, Tx 77705

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 08 2015
Abel Acosta, Clerk